UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER MOSKOVITS,<br><br>                           Plaintiff,<br><br>-against-<br><br>FEDERAL REPUBLIC OF BRAZIL; STATE OF SANTA CATERINA, BRAZIL; CELESC OF SANTA CATARINA, BRAZIL; STATE OF MARANHAO, BRAZIL; STATE OF MATO GROSSO, BRAZIL; RAIMUNDO COLOMBO; JORGE SIEGA; DOES 1 THROUGH 10,<br><br>                           Defendants. | 21-CV-4309 (LTS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued June 14, 2021, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 14, 2021
           New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge