UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER MOSKOVITS,

                    Plaintiff,

          v.                                                    **ORDER**

FEDERAL REPUBLIC OF BRAZIL, STATE                              21-cv-4309 (ER)
OF SANTA CATERINA, BRAZIL, CELSC OF
SANTA CATARINA, BRAZIL, STATE OF
MARANHAO, BRAZIL, STATE OF MATO
GROSSO, BRAZIL, RAIMUNDO
COLOMBO, JORGE SIEGA, *and* DOES 1
THROUGH 10,

                    Defendants.

RAMOS, D.J.

        On May 10, 2021, Alexander Moskovits initiated the instant action.  Doc. 1.  Summonses

were issued on September 23, 2021.  Doc. 11.  Moskovits filed an amended complaint on March

20, 2023, Doc. 13, which was dismissed on March 23, 2023, for failure to serve Defendants,

Doc. 14.  On appeal, the Second Circuit concluded that the Court abused its discretion by

dismissing the lawsuit under Rule 4(m) without providing advance notice to Moskovits.  Doc. 16

at 4.  The Second Circuit vacated and remanded for this Court to provide Moskovits with an

opportunity to demonstrate good cause for his failure to serve.  *Id*. at 5.  On February 20, 2024,

the Court directed Moskovits to show that he attempted to serve Defendants or to show good

cause for his failure to serve Defendants.  Doc. 18.  In response to the Court's order, Moskovits

submitted a declaration discussing his efforts to serve Defendants.  Doc. 21.  On June 4, 2024,

the Court ordered him to submit a status report detailing his efforts to serve Defendants if he had

not yet served them by September 5, 2024.  Doc. 24.  Moskovits filed a report on September 5,

2024, indicating that he had retained a Brazilian counsel to effect service on the Brazilian Defendants and was awaiting a certified translation of the summonses and amended complaint. Doc. 25 at 6. Since then, there has been no activity in the case. Moskovits has not filed an affidavit of service.

Moskovits is instructed to submit a status letter by **April 16, 2026**. Failure to comply could result in the Court dismissing the case pursuant to Federal Rule of Civil Procedure 4(m).

It is SO ORDERED.

Dated: April 9, 2026
      New York, New York

_____
Edgardo Ramos, U.S.D.J.

2